IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TINA YAYOI TURLEY,<br><br>            Debtor. | Case No. 2:22-MC-00239-MCE-CKD<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 2:06-CR-00184-LKK |
| TINA YAYOI TURLEY (AKA TINA CAVASOS, AKA TINA BILLOTTE), TRUSTEE OF THE IRREVOCABLE TRUST OF TERUKO ARIMA, DATED SEPTEMBER 24, 2013<br><br>            Garnishee. | |

   The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that:

   1.   Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Continuing Garnishment issued on August 2, 2022, is hereby TERMINATED; and

///

///

Order Terminating Writ of Continuing Garnishment

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:  August 24, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE